IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02481-LTB-CBS

SUSAN VON FEIST,

      Plaintiff,

v.

CELESTICA CORPORATION,

      Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Dismissal With Prejudice (Doc 63 - filed June 7, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs. The Court retains jurisdiction to enforce the terms of settlement.

                                                                  BY THE COURT:

                                                                  s/Lewis T. Babcock
                                                                 Lewis T. Babcock, Chief Judge

DATED: June 8, 2006